UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MONTRESSA B. DEROSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-414-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss, deemed in the alternative as a motion brought for summary judgment under Rule 56, and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 4, 2014, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on November 4, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


November 4, 2014              JULIE A. RICHARDS, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk